## UNITED STATES BANKRUPTCY COURT
Middle District of Louisiana

Case No.: 19−01003

In Re: Lewis, Jr. v. Anco Insulations, Inc. et al

### NOTICE REGARDING DISPOSITION OF TRIAL/HEARING EXHIBITS

Exhibits introduced into evidence in non−electronic format have been filed into the electronic record of this case. These exhibits are in the custody of the Clerk's Office and shall be removed within thirty (30) days of this notice. Failure of a party receiving this notice to remove exhibits will result in these exhibits being destroyed by the Clerk's Office.

Please make arrangements to retrieve your exhibits from our office within thirty (30) days **of August 12, 2022**.

> Joseph S. Guercio, III
> Clerk of Court
> United States Bankruptcy Court
> Middle District of Louisiana
> 707 Florida Street
> Room 119
> Baton Rouge, LA 70801
> 225−346−3333

For office use only:

**I acknowledge that I have retrieved the exhibits in the above case/proceeding.**

**Signature:** _____ **Date:** _____